UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation**

Docket No. 22-md-3043 (DLC)

**This Document Relates To:** Eurides Teixeira and Rafael Ruiz, by and through their parent and natural guardian, Eurides Teixeira

**Case Name:** TEIXEIRA, et al v. Johnson & Johnson Cons

**Case No.:** 1:26-cv-09020

## SHORT FORM COMPLAINT

## I. FILING OF SHORT FORM COMPLAINT

Plaintiff(s) hereby file their Complaint by way of (select one):

☑ This Complaint is filed pursuant to Order: Direct Filing (DE 238). Plaintiff(s) hereby designate(s) the United States District Court for the District of Massachusetts as Plaintiff(s)' home venue ("Home Venue"), as this case may have originally been filed there because:

☑ The APAP product(s) Plaintiff-Mother took while pregnant with Plaintiff-Minor were purchased and/or used in Boston (city), MA (state).

☑ Plaintiff-minor was born in Boston (city), MA (state).

☐ A substantial part of other events or omissions giving rise to the claim occurred there, to wit: ______.

☐ At least Defendant ______ is a resident of the district and all defendants are residents of the State in which that district is located.

☐ This case originally was filed in the United States District Court for the ______ and was transferred to this Court via the initial Transfer Order / Conditional Transfer Order No. ______

by the Judicial Panel on Multidistrict Litigation.

## II. PLAINTIFF(S) INFORMATION

Plaintiff(s) are the following individuals (check all boxes which apply and fill out all information for selected Plaintiff(s)):

☑ Plaintiff-Mother (name): Eurides Teixeira

- State of Residence: MA
- State of Citizenship: MA
- Filing Capacity:
  - ☑ As Guardian, on behalf of Plaintiff Child
  - ☑ Individually

☑ Plaintiff Child #1 (full name, or initials if Plaintiff Child is currently a minor):

Rafael Ruiz

- State of Residence: MA
- State of Citizenship: MA
- Year of Birth (yyyy): 2006
- Injury:
  - ☑ Autism Spectrum Disorder
  - ☐ Attention-Deficit/Hyperactivity Disorder

☐ Plaintiff Child #2 (full name, or initials if Plaintiff Child is currently a minor):

______________________________

- State of Residence: ____________
- State of Citizenship: ____________

- Year of Birth (yyyy): ____________
- Injury:
  - ☐ Autism Spectrum Disorder
  - ☐ Attention-Deficit/Hyperactivity Disorder

☐ Other Plaintiff(s): ____________________________________________

- Capacity to assert claim(s) (*e.g.*, other parent, guardian, conservator, administrator, executor): ____________________________________________
- State of Residence: ____________
- State of Citizenship: ____________

*In the rare instance that Plaintiff(s) include additional Plaintiff(s) who are immediate family members or who solely assert derivative claims, but are not otherwise listed above due to space constraints, please check here and list the additional Plaintiff's name, capacity to assert claims, state of residence, state of citizenship, and pertinent factual and legal claims on a separate sheet of paper.*

☐ See attached

*In the rare instance that Plaintiff(s) seek(s) to include additional Plaintiff-Children, please check here and list the additional name (or initials, if the Plaintiff Child is currently a minor), state of residence, state of citizenship, year of birth, and injury on a separate sheet of paper.*

☐ See attached

## III. INCORPORATION OF MASTER COMPLAINT(S)

Plaintiff(s) incorporate by reference the allegations contained in the below indicated First Amended Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043, on July 25, 2023:

☑ The First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc. (DE 774).

- *Note:* Plaintiffs incorporating this First Amended Master Complaint must complete Section IV.A in addition to the above sections.

☑ The First Amended Master Long Form Complaint and Jury Demand Against the Retailer Defendants (DE 773).

- *Note:* Plaintiffs incorporating this First Amended Master Complaint must complete Section IV.B in addition to the above sections.

## IV. DEFENDANT(S)

### A. Manufacturer Defendant

1. Plaintiff(s) allege claims against the Manufacturer Defendant selected below:

☑ **Johnson & Johnson Consumer Inc.**

Plaintiff Child #1:

- Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant with Plaintiff Child #1:

  ☐ Tylenol Regular®
  - Date range Mother took Tylenol Regular® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________ to ______________

  ☑ Tylenol Extra Strength®
  - Date range Mother took Tylenol Extra Strength® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    Feb 2006 to Nov 2006

  ☐ Tylenol Extra Strength Rapid Release Gels®
  - Date range Mother took Tylenol Extra Strength Rapid Release® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________ to ______________

☐ Other: ______________________________

- Date range Mother took Other Product while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

  ____________________ to ____________________

Plaintiff Child #2 (if more than one Plaintiff Child):

- Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant with Plaintiff Child #2:

  ☐ Tylenol Regular®
  - Date range Mother took Tylenol Regular® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ____________________ to ____________________

  ☐ Tylenol Extra Strength®
  - Date range Mother took Tylenol Extra Strength® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ____________________ to ____________________

  ☐ Tylenol Extra Strength Rapid Release Gels®
  - Date range Mother took Tylenol Extra Strength Rapid Release® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ____________________ to ____________________

  ☐ Other: ______________________________
  - Date range Mother took Other Product while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ____________________ to ____________________

2. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* as if fully set forth herein.

3. The following claims and allegations asserted in the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* are herein adopted by Plaintiff-Mother in her own right (*i.e.* not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below)):

| Plaintiff-Mother (Individually) | Plaintiff Child #1 | Plaintiff Child #2 *(if more than one Plaintiff Child)* | Plaintiff-Other (Individually) | Claim/Allegation |
|---|---|---|---|---|
| ☑ | ☑ | ☐ | ☐ | Count I: Strict Liability for Failure to Warn |
| ☑ | ☑ | ☐ | ☐ | Count II: Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| ☑ | ☑ | ☐ | ☐ | Count III: Negligence |
| ☑ | ☑ | ☐ | ☐ | Count IV: Negligent Misrepresentation By Omission (Limited to: Alabama, Alaska, Arizona, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nevada, New Jersey, New Mexico, New York, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Utah, Vermont, Virginia, Washington, Washington DC, West Virginia, and Wisconsin) |
| ☑ | ☑ | ☐ | ☐ | Count V: Breach of Implied Warranty |

4. In checking the box(es) above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation by omission must be set forth here:

Due to Johnson & Johnson Consumer Inc's conduct as described in the First Amended Master Long Complaint and Jury Demand against Johnson & Johnson Consumer Inc. and any amendments thereto, Plaintiff Mother did not know or discover, and could not by exercise of reasonable diligence discover, the causal connection between the injury and the alleged negligent conduct of the defendant until in or around 2023.

5. The following claims and allegations asserted are not included in the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* and are herein added to Plaintiffs' Short Form Complaint. (Please state additional claims and the factual and legal basis for them below or on a separate sheet if more space is needed.

____________________________________________________________

B. Retailer Defendant(s):

1. Plaintiff(s) allege claims against the Retailer Defendants selected below. By checking a box against a Retailer Defendant, Plaintiff(s) allege their claims arise out of the acetaminophen store brands identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* or otherwise specify additional products below:

☐ **7-Eleven, Inc.**

- Plaintiff Child #1:
    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

      ________________________ to ________________________

    - Location(s) where purchased (City, State):

      ____________________________________________________

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

      ____________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

      ________________________ to ________________________

    - Location(s) where purchased (City, State):

      ____________________________________________________

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

  ______________________________________________

☐ **Big Lots, Inc.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy):

    ____________________ to ____________________

  - Location(s) where purchased (City, State):

    ______________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ______________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ____________________ to ____________________

  - Location(s) where purchased (City, State):

    ______________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ______________________________________________

☐ **Costco Wholesale Corporation**

- Plaintiff Child #1:
    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

      ______________________ to ______________________

    - Location(s) where purchased (City, State):

      ______________________________________________________

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

      ______________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

      ______________________ to ______________________

    - Location(s) where purchased (City, State):

      ______________________________________________________

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

      ______________________________________________________

☑ **CVS Pharmacy, Inc.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy):

    Feb 2006 to Nov 2006

  - Location(s) where purchased (City, State):

    Boston, MA

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    Tylenol Brand Extra Strength

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ______________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ______________________________________________________

☐ **Dolgencorp, LLC**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

☐ **Dollar Tree Stores, Inc.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ____________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ____________________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ____________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 Two if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ____________________________________________________________

☐ **Family Dollar Stores, LLC**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ______________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ______________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ______________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ______________________________________________________

☐ **The Kroger Co.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

☐ **Rite Aid Corporation**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________

☐ **Safeway, Inc.**

- Plaintiff Child #1:
    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

      ______________________ to ______________________

    - Location(s) where purchased (City, State):

      ________________________________________________________

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

      ________________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

      ______________________ to ______________________

    - Location(s) where purchased (City, State):

      ________________________________________________________

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

      ________________________________________________________

☐ **Sam's West Inc.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to 2026 ______________________

  - Location(s) where purchased (City, State):

    ____________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ____________________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ____________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ____________________________________________________________

☐ **Target Corporation**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

☐ **Walgreen Co.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______________________ to ______________________

  - Location(s) where purchased (City, State):

    ________________________________________________________

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    ________________________________________________________

☑ **Walmart Inc.**

- Plaintiff Child #1:
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

    Feb 2006 to Nov 2006

  - Location(s) where purchased (City, State):

    Boston, MA

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

    Tylenol Brand Extra Strength

- Plaintiff Child #2 (if more than one Plaintiff Child):
  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

    ______ to ______

  - Location(s) where purchased (City, State):

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*:

☐ **Other Retailer:** ____________________________________________

- Plaintiff Child #1:

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1:

      ____________________________________________

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy):

      ____________________ to ____________________

    - Location(s) where purchased (City, State):

      ____________________________________________

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2:

      ____________________________________________

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy):

      ____________________ to ____________________

    - Location(s) where purchased (City, State):

      ____________________________________________

2. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* as if fully set forth herein.

3. The following claims and allegations asserted in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* are herein adopted by Plaintiff-Mother in her own right (i.e. not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below):

| Plaintiff-Mother (Individually) | Plaintiff Child #1 | Plaintiff Child #2 *(if more than one Plaintiff Child)* | Plaintiff-Other (Individually) | Claim/Allegation |
|---|---|---|---|---|
| ☑ | ☑ | ☐ | ☐ | Count I: Strict Liability for Failure to Warn |
| ☑ | ☑ | ☐ | ☐ | Count II: Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| ☑ | ☑ | ☐ | ☐ | Count III: Negligence |
| ☑ | ☑ | ☐ | ☐ | Count IV: Negligent Misrepresentation By Omission (Limited to: Alabama, Alaska, Arizona, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nevada, New Jersey, New Mexico, New York, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Utah, Vermont, Virginia, Washington, Washington DC, West Virginia, and Wisconsin) |
| ☑ | ☑ | ☐ | ☐ | Count V: Breach of Implied Warranty |

4. In checking the boxes above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*. Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation must be set forth here:

Due to Johnson & Johnson Consumer Inc's conduct as described in the First Amended Master Long Complaint and Jury Demand against Johnson & Johnson Consumer Inc. and any amendments thereto, Plaintiff Mother did not know or discover, and could not by exercise of reasonable diligence discover, the causal connection between the injury and the alleged negligent conduct of the defendant until in or around 2023.

5. The following claims and allegations asserted are not included in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* and are herein added to Plaintiffs' Short Form Complaint (Please state additional claims and the factual and legal basis for them below or on a separate sheet if more space is needed):

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the First Amended Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043 (S.D.N.Y.), on July 25, 2023.

Dated: Oct 14 2026

Respectfully submitted,

/s/ Curtis G. Hoke

Attorney Name: Curtis G. Hoke (Pro Hac Vice; CA Bar 282465)

Attorney Firm: THE MILLER FIRM, LLC

Attorney Address Line 1:
108 Railroad Avenue

Attorney Address Line 2:
Orange, Virginia 22960

Telephone: 540-672-4224

Fax: 540-672-3055

Attorney Email: choke@millerfirmllc.com

*Counsel for Plaintiff(s):*

Eurides Teixeira and Rafael Ruiz, by and through their parent and natural guardian, Eurides Teixeira